**DISMISS; and Opinion Filed August 5, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00638-CR

**DAVID ALLEN MCHAM, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 18-90145-CC2-F**

# MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is appellant's July 23, 2019 motion to dismiss the appeal. The motion is

signed by appellant and by counsel. See TEX. R. APP. P. 42.2(a). We **GRANT** the motion and

**DISMISS** the appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190638F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

DAVID ALLEN MCHAM, Appellant

No. 05-19-00638-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas
Trial Court Cause No. 18-90145-CC2-F.
Opinion delivered by Justice Pedersen, III, Justices Whitehill and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of August, 2019.